**Joseph C. La Costa (SBN 108443)**
**JOSEPH C, LA COSTA ATTORNEY AT LAW**
7840 Mission Center Court, Suite 104,
San Diego, CA 92108
Tel: (619) 922-5287 Fax: (619) 599-1020
joelacostaesq@gmail.com

Attorney for Plaintiffs
Gilberto Soberanis and Alejandro Vargas

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT

| | |
|---|---|
| GILBERTO SOBERANIS AND ALEJANDRO VARGAS, as individuals<br><br>Plaintiffs,<br><br>vs.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC; MERS CORP HOLDINGS, INC; GWEN ALDEN AND ANGELA MARIE WILLIAMS, AS INDIVIDUALS; AND DOES 1 THROUGH 50, INCLUSIVE,<br><br>Defendants. | Case No: 13-cv-1296-H-KSC<br><br>*Hon. Marilyn L. Huff*<br><br>**PLAINTIFFS' MOTION FOR DISMISSAL WITHOUT PREJUDICE**<br><br>Documents Filed Herewith:<br>1. Proposed Order<br><br>Complaint Filed: June 04, 2013<br>FAC Filed: November 21, 2013<br><br>Trial Date: none |

## TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD

NOTICE OF PENDING ACTION – LIS PENDENS

Plaintiffs Gilberto Soberanis and Alejandro Vargas, plaintiffs, hereby state as follows;

Whereas, plaintiffs filed their complaint in this action on June 04, 2013 in the United States District Court Southern District;

Whereas, defendants filed a Motion to Dismiss the Complaint on December 10, 2013 and

Plaintiffs Opposition to said Motion was filed on December 16, 2013;

Plaintiffs were granted leave to amend and they filed their Firt Amended Complaint.

There is no hearing date set and the Court has not yet issued a decision pertaining to the Defendants' Motion to Dismiss the First Amended Complaint.

Respectfully Submitted,


By;  /s/ *JOSEPH LA COSTA*
Joseph La Costa, Esquire
Attorney for Plaintiffs