**Joseph C. La Costa (SBN 108443)**
**JOSEPH C, LA COSTA ATTORNEY AT LAW**
**7840 Mission Center Court, Suite 104,**
**San Diego, CA 92108**
**Tel: (619) 922-5287 Fax: (619) 599-1020**
**joelacostaesq@gmail.com**

Attorney for Plaintiffs
Gilberto Sobernis and Alejandro Vargas

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT

| | |
|---|---|
| GILBERTO SOBERANIS AND ALEJANDRO VARGAS, as individuals, | Case No: 13-cv-1296-H-KSC |
| Plaintiffs, | *Hon. Marilyn L. Huff* |
| vs. | **PROPOSED ORDER MOTION TO DISMISS** |
| | Complaint Filed: June 04, 2013 |
| | FAC Filed: November 21, 2013 |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC; MERS CORP HOLDINGS, INC; GWEN ALDEN AND ANGELA MARIE WILLIAMS, AS INDIVIDUALS; AND DOES 1 THROUGH 50, INCLUSIVE | Trial Date: none |
| Defendants. | |

NOTICE OF PENDING ACTION – LIS PENDENS

For good cause appearing, and based on the motion of plaintiffs GILBERTO SOBERANIS and ALEJANDRO VARGAS, by and through their attorney of record,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the complaint filed herein is dismissed without prejudice as to all defendants.

IT IS SO ORDERED.

Dated: _____

_____

The Honorable John A Houston

United States District Court Judge

NOTICE OF PENDING ACTION - LIS PENDENS