# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO SOBERANIS AND ALEJANDRO VARGAS, as individuals,<br><br>                           Plaintiffs,<br>vs.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., et al.,<br><br>                           Defendants. | CASE NO. 13-CV-1296-H (KSC)<br><br>**ORDER DISMISSING CASE**<br><br>[Doc. No. 39] |

On February 13, 2014, Plaintiffs Gilberto Soberanis and Alejandro Vargas ("Plaintiffs") filed a motion to dismiss their first amended complaint without prejudice. (Doc. No. 39.)  The Court granted Plaintiffs' request for leave to amend their first amended complaint on November 15, 2013.  (Doc. No. 27.)  Plaintiffs filed a second amended complaint on November 21, 2013.  (Doc. No. 28.)  On January 17, 2014, the Court dismissed the second amended complaint and gave Plaintiffs thirty days' leave to amend. (Doc. No. 39 at 14.)  More than thirty days have since passed.  Accordingly, the Court dismisses this case.

**IT IS SO ORDERED.**

DATED: March 10, 2014

                                                                   MARILYN L. HUFF, District Judge
                                                                   UNITED STATES DISTRICT COURT